Norman M. Finkelstein, Esq. CSB 108305
LAW OFFICES OF NORMAN M. FINKELSTEIN, A.P.C.
110 Juniper Street
San Diego, California 92101
Telephone: (619) 232-1815
Facsimile: (619) 232-1884

Attorneys for: Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA LETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | CASE NO.: '21CV1564 BAS BGS<br><br>COMPLAINT FOR DAMAGES<br><br>Medical Malpractice |

Plaintiff alleges the following:

## I.
## PARTIES:

1. Plaintiff, AIDA LETT is now and for all relevant times herein was a competent adult and resident of the County of San Diego, State of California.

2. Plaintiff alleges that the Defendants named herein are responsible for the hereinafter alleged medical negligence, which was an actual and legal cause in bringing about the injuries and losses to Plaintiff as hereinafter set forth, and otherwise, which entitles her to money damages as compensation therefore.

3. Plaintiff is informed and believes and thereon alleges that at all times mentioned herein, the Defendants, and each of them, were the agents, servants, employees, assistants, and consultants of their Co-Defendants, and of each other, and as such, were acting within the course of and within the scope of their employment,

agency, and authority for each other with the knowledge and consent of their Co-Defendants; and when each Defendant was acting as a principal, was negligent in the selection and employment as well as the supervision, of each and every other Defendant as its agent, employee, assistant and/or consultant.

4.     At all times herein mentioned, Defendant, UNITED STATES OF AMERICA, by and through the United States Department of Veterans Affairs, a federal agency of Defendant, did and does operate acute care medical facilities throughout the country. One such acute care medical facility is "Balboa Naval Hospital, San Diego," where the medical malpractice/negligence alleged herein occurred.

5.     Plaintiff is informed and believes and thereupon alleges that all of the physicians, doctors, medical staff, nurses, technicians, etc., who provided care and treatment to her, while at Balboa Naval Hospital, San Diego, were, and are employees of the UNITED STATES OF AMERICA.

6.     At all times mentioned herein, KRISTAN A STEVENS, MD, CDR; MICHELLE T. ROPER, MD, LCDR and AARON GONZALEZ, MD, LCDR, were physicians and surgeons licensed by the State of California to practice medicine and surgery, and each held themselves out to possess that degree of skill, learning, ability and expertise possessed by similar medical practitioners in the County of San Diego, State of California.

7.     Plaintiff is informed and believes and thereupon alleges that at all times herein mentioned, KRISTAN A STEVENS, MD, CDR; MICHELLE T. ROPER, MD, LCDR and AARON GONZALEZ, MD, LCDR, and each of them, were employees, partners and/or agents of BALBOA NAVAL HOSPITAL, SAN DIEGO.

8.     Plaintiff is informed and believes and thereon alleges that at all times herein mentioned Defendant, UNITED STATES OF AMERICA, by and through Balboa Naval Hospital, San Diego, selected, hired, trained, supervised, screened and otherwise provided medical personnel to provide medical services on their behalf, including KRISTAN A STEVENS, MD, CDR; MICHELLE T. ROPER, MD, LCDR and AARON

GONZALEZ, MD, LCDR.

## II.

## JURISDICTION AND VENUE:

9. This action arises under the Federal Tort Claims Act 28 U.S.C. §1346(b).

10. Plaintiff, a resident of the County of San Diego, State of California brings this action against Defendant UNITED STATES OF AMERICA, pursuant to the Federal Tort Claims Act.

11. The Defendants, and each of them, owed a duty to Plaintiff commensurate with the applicable standard(s) of care a health care provider(s) based upon their respective medical specialties.

12. Plaintiff hereby demands a jury trial.

13. Venue is proper in the Southern District of California, in that all of the Defendants are subject to personal jurisdiction in this district at the time the action is commenced, pursuant to 28 USC Section 1391(a)(3).

14. All of the acts and omissions complained of herein occurred within the County of San Diego, State of California. The amount in controversy in this matter exceeds the jurisdictional minimum of this Court.

15. At all times herein mentioned, Defendant, UNITED STATES OF AMERICA, by and through the United States Department Veterans Affairs, a federal agency of Defendant, did and still does operate acute care medical facilities throughout the country. One such acute care medical facility is "Balboa Naval Hospital.

16. On January 19, 2021, a Federal Tort Claim Notice, on behalf of Plaintiff, herein, was served upon Defendant, UNITED STATES OF AMERICA, by and through its agent, Office of the Judge Advocate General, Tort Claims Unit Norfolk, Virginia.

A true and correct copy of plaintiffs Federal Tort Claim Notice is attached hereto and incorporated herein as "Exhibit # 1".

17. It has been more than six months since service, and so pursuant to the Federal Tort Claims Act, the Tort Claim Notice is deemed denied.

## FIRST CAUSE OF ACTION

18. Plaintiff realleges the allegations of the preceding paragraphs and incorporates them by this reference as though set forth here in their entirety. This case involves a California state law cause of action for Medical Malpractice asserted by Plaintiff, AIDA LETT, arising out of the performance of medical care commencing on or about July 7, 2019, at BALBOA NAVAL HOSPITAL, SAN DIEGO.

19. On July 6, 2019, Plaintiff, AIDA LETT was admitted to BALBOA NAVAL HOSPITAL, SAN DIEGO, California, for treatment of a small bowel obstruction. A central line was placed through her right femoral artery. She underwent several surgeries during that hospitalization and was eventually discharged on July 16, 2019.

20. Despite numerous subsequent ER visits to BALBOA NAVAL HOSPITAL, SAN DIEGO, complaining of pain and otherwise, including a January 29, 2020 diagnosis of deep vein thrombosis (DVT) of her r/leg along with mild swelling and thigh echymosis.

21. In or about February 2020 a portion of a central line guide wire began to poke out of her right thigh. On February 7, 2020 she was re-admitted to BALBOA NAVAL HOSPITAL, SAN DIEGO, and most of the foreign object was removed, however 2 small portions still remain.

22. Plaintiff is informed and believes and thereupon alleges that THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO, so negligently mismanaged Plaintiff, AIDA LETT'S care and treatment during her care and treatment during the July 6, 2019 through July 16, 2019 admission, such that, as a direct and legal result, Plaintiff sustained a retained foreign object, to wit, a central line guide wire within her leg and body, causing pain, discomfort and otherwise.

23. Defendant, THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO, was careless and negligent in the supervision, hiring, training and staffing needs of said facility.

///

24. Defendants, and each of them, were negligent and careless with regard to their respective duties owed to Plaintiff, AIDA LETT, as more fully specified herein, all resulting in permanent and significant physical injury and emotional distress.

25. The nursing and administrative staff provided by Defendant, THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO, fell below the community standard of care for an acute care hospital, which was a direct and legal cause of Plaintiff, AIDA LETT, sustaining significant pain, suffering and permanent injury.

26. As a direct and legal result of the above described negligence, Plaintiff, AIDA LETT, underwent excruciating and unnecessary pain and suffering, until most of the retained foreign object was eventually removed and otherwise in an amount according to proof.

27. As a further direct and legal result of the negligence of Defendant, THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO, described herein, Plaintiff, AIDA LETT, sustained great emotional disturbance and injury to her nervous system and illness, all of which required medical attention, all to her damage in an amount according to proof.

28. As a further direct and legal result of the negligence of Defendant, THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO, described herein, Plaintiff, AIDA LETT, was reasonably required to, and did incur medical and incidental expenses for the examination, treatment and care of the aforesaid injuries.

29. Plaintiff, AIDA LETT'S injuries were the direct and legal result of Defendant, THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO'S negligent conduct. Accordingly, Defendant, THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO, is liable to Plaintiff, AIDA LETT, for general, and special damages, according to proof at trial.

30. As a further direct and legal result of the above described negligent conduct of Defendant, THE UNITED STATES OF AMERICA by and through, BALBOA NAVAL HOSPITAL, SAN DIEGO, Plaintiff, AIDA LETT was injured in her health, strength and activity, and required medical care and treatment for said injuries, in an amount according to proof at trial.

**WHEREFORE**, Plaintiffs respectfully pray for Judgment against the Defendants, and each of them, pursuant to a jury verdict, as follows:

**AS AND FOR THE FIRST CAUSE OF ACTION:**

1. For general damages of Plaintiff, AIDA LETT, in an amount according to proof;
2. For medical special damages of Plaintiff, AIDA LETT, in an amount according to proof;
3. For costs of suit, in an amount according to proof;
4. For prejudgment interest as provided by law; and,
5. For such other and further relief as the Court may deem just and proper.

DATED: July 27, 2021     LAW OFFICES OF NORMAN M. FINKELSTEIN, A.P.C.

By: _____
Norman M. Finkelstein, Esq.
Attorneys for Plaintiff, AIDA LETT